# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JASON KATSAFADOS  Case Number: 07-72044
1316 MAY AVENUE
MCHENRY, IL  60050

SSN-xxx-xx-4706

Case filed on: 8/29/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $878.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | LAW OFFICE OF HAROLD M. SAALFELD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | LAW OFFICES OF IRA NEVEL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JASON KATSAFADOS | 0.00 | 0.00 | 878.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 878.00 | 0.00 |
| 001 | CITIMORTGAGE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CITIMORTGAGE, INC. | 41,000.00 | 41,000.00 | 0.00 | 0.00 |
|  | Total Secured | 41,000.00 | 41,000.00 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 200.00 | 14.00 | 0.00 | 0.00 |
| 005 | A/R CONCEPTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | A/R CONCEPTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | AMER COLL CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ARMOR SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CAPITAL 1 BK | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | DISCOVER FIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | PREMIER BANKCARD/CHARTER | 342.13 | 23.95 | 0.00 | 0.00 |
| 016 | IIDPTPUBAID | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MMCA/C1 | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | NCO-MARLIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | VANESSA KATSAFADOS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 542.13 | 37.95 | 0.00 | 0.00 |
|  | Grand Total: | 41,542.13 | 41,037.95 | 878.00 | 0.00 |

Total Paid Claimant:        $878.00
Trustee Allowance:           $0.00         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      0.00          discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/29/2008            By  /s/Heather M. Fagan